# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2780

_____

| | | |
|---|---|---|
| Ramon Zamora Puentes, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Michael J. Mukasey,[1] United States | * | |
| Attorney General, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: December 1, 2008
Filed: December 8, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Ramon Zamora Puentes petitions for review of an order of the Board of Immigration Appeals (BIA) affirming an Immigration Judge's denial of cancellation of removal. Because we conclude that Puentes's petition for review was untimely filed more than 30 days after the BIA issued its final order of removal, we lack jurisdiction to review the order. See 8 U.S.C. § 1252(b)(1) ("The petition for review

_____

[1]Michael J. Mukasey has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

must be filed not later than 30 days after the date of the final order of removal."); Fed. R. App. P. 26(a) (computation of time); <u>Boudaguian v. Ashcroft</u>, 376 F.3d 825, 827 (8th Cir. 2004) (order denying relief from removal is final when issued and must be appealed within statutorily prescribed period; this court has no jurisdiction when petition for review is filed outside that 30-day period).

Accordingly, we dismiss the petition.

_____